**No. 57599.**—Dreyfus Ashby & Co., Inc., et al. *v.* United States, protests 203337–K, etc. (New York).

Opinion by JOHNSON, J.  At the trial it was stipulated that the issues and facts herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as manifested, not found, were not in fact received by the importers.  In accordance with stipulation of counsel and following the decision cited it was held that duty and internal revenue tax are not assessable upon such portions of the merchandise as were reported by the inspector as manifested, not found.

**No. 57600.**—American Express Company *v.* United States, protest 201848–K (New York).

Opinion by JOHNSON, J.  At the trial, the certificate in question was admitted in evidence as exhibit 1 and the collector's memorandum accompanying the protest as exhibit 2.  The collector states in his memorandum that the protest was timely, that the certificate of registration was attached thereto, and that, in such circumstances, "Duty should therefore only be assessed on the value of the repairs."  In view of the evidence presented, the claim of the plaintiff was sustained.